```
1  J. CHRISTOPHER JORGENSEN, ESQ.
   STATE BAR NO. 5382
2  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy., Ste. 600
3  Las Vegas, NV 89169
   (702) 949-8200
4  (702) 949-8398/fax
```

*Attorneys for Defendant BAC Home Loans Servicing, LP*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| MICHAEL T. GEBHART, | Case: 2:10-cv-01168-JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |
| BAC HOME LOANS SERVICING, LP, a subsidiary of Bank of America, N.A. | |
| Defendant. | |

BAC Home Loans Servicing, LP (the "BAC") and Michael T. Gebhart ("Gebhart" and together with BAC the "Parties") have reached an agreement to settle this case. Based on that agreement, the Parties hereby stipulate to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41. Because this stipulation of dismissal is signed by all parties who have appeared in this case, this stipulation is effective to dismiss the case without further action by the Court. *See*

. . .

. . .

. . .

. . .

. . .

. . .

Fed. R. Civ. P. 41(a)(1)(A)(ii) (dismissal is effective without a Court order where it is signed by all parties who have appeared in a case).

DATED this 23rd day of September 2010.

| **MICHAEL T. GEBHART** | **LEWIS AND ROCA LLP** |
|---|---|
| By /s/Michael T. Gebhart (7718)<br>MICHAEL T. GEBHART, ESQ.<br>728 Portacre Street<br>Henderson, NV 89002<br>*Pro Se Plaintiff* | By /s/J. Christopher Jorgensen (5382)<br>J. CHRISTOPHER JORGENSEN, ESQ.<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV  89169<br>*Attorneys for Defendant*<br>*BAC Home Loans Servicing, LP* |

IT IS SO ORDERED:

_/s/ James C. Mahan_____
U.S. DISTRICT COURT JUDGE
DATED: November 24, 2010